# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 08mj8337 |
| vs ) | ABSTRACT OF ORDER |
| ) | Booking No. 06228298 |
| Sergio Dominek Blaine ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __5-2-08__ the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__✓__ Defendant released on $ __20,000 p/s__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.  Clerk
by L. Flores
Deputy Clerk

Received_____
DUSM

Crim-9  (Rev 6-95)    ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY